Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2022-0928

Joseph Gurganus v. Jeffrey Gurganus, Donna Connell, and Trena Wise
(Appeal from Fayette Circuit Court: CV-17-9).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, and Mitchell, JJ., concur.